PATRICK GOVERN, PLAINTIFF IN ERROR, v. THE STATE, EX REL. ROBERT BUMSTEAD, DEFENDANT IN ERROR.

In error to the Supreme Court.

For opinion of Supreme Court, see 18 *Vroom* 368.

For the plaintiff in error, *Allan McDermott.*

For the defendant in error, *R. B. Seymour.*

PER CURIAM.   The judgment in this case should be affirmed, for the reasons given by the Supreme Court in its opinion.

*For affirmance*—THE CHANCELLOR, DEPUE, KNAPP, SCUDDER, BROWN, CLEMENT, McGREGOR, WHITAKER.   8.

*For reversal*—PATERSON.   1.